UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                    :
ANNMARIE SANCHEZ,                                   :
                                                    :
                            Plaintiff,              :
                                                    :                    26-CV-1042 (VSB)
            -against-                               :
                                                    :                    **ORDER**
FRANK BISIGNANO, COMMISSIONER OF                    :
SOCIAL SECURITY,                                    :
                                                    :
                            Defendant.              :
                                                    :
------------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On February 10, 2026, I referred this case to Magistrate Judge Barbara C. Moses, the assigned Magistrate Judge in this matter.  To conserve resources, to promote judicial efficiency, and in an effort to achieve a faster disposition of this matter, it is hereby ORDERED that the parties must discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge.  If both parties consent to proceed before the Magistrate Judge, by March 13, 2026, the parties shall either mail or email to BroderickNYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.  If the Court approves that form, all further proceedings will then be conducted before the assigned Magistrate Judge rather than before the undersigned.

If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge at this time, the parties must file a joint letter by March 13, 2026 advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent.  The parties are free to withhold consent without negative consequences.

Moreover, the parties are also free to later resume discussions and consent to the jurisdiction of the assigned Magistrate Judge if they desire.

SO ORDERED.

Dated:       February 10, 2026
             New York, New York

Vernon S. Broderick
United States District Judge